UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1740 MJD/JGL

UNITED STATES OF AMERICA,

Plaintiff,

v.

KATHY WEFEL,

Defendant,

FRED MEYER JEWELERS,

Garnishee.

**GARNISHMENT ORDER**

TO: Kathy Wefel, defendant at 11653 Millpond Avenue, Burnsville, MN 55337
Fred Meyer Jewelers, garnishee at P.O. Box 42121, Portland Oregon, 97242

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 15, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about September 7, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about August 16, 2001, the defendant was personally

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

served with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" weekly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $155.70; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly as they become due and owing.

Dated: Oct. 10, 2001

Magistrate Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500